UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JACK WOLF, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) Case No. 1:19-cv-01039-LPS |
| v. | ) ) JURY TRIAL DEMANDED ) |
| HOMEFED CORPORATION, JOSEPH S. STEINBERG, PAUL J. BORDEN, PATRICK D. BIENVENUE, TIMOTHY M. CONSIDINE, JIMMY HALLAC, BRIAN P. FRIEDMAN, MICHAEL A. LOBATZ, JEFFERIES FINANCIAL GROUP INC., and HEAT MERGER SUB, LLC, | ) CLASS ACTION ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Jack Wolf ("Plaintiff"), hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to Plaintiff only and without prejudice to the putative class.  Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified.

Dated: June 21, 2019

**OF COUNSEL:**

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305
Email: rm@maniskas.com

**RIGRODSKY & LONG, P.A.**

By:  */s/ Brian D. Long*
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*